# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

    **Debtor:** WILLIAM TROY VICKREY & SHAROLYN MANCHESTER
    **Case Number:** 2:08-BK-01168-RTB     **Chapter:** 7
    **Date / Time / Room:** WEDNESDAY, SEPTEMBER 30, 2009 02:30 PM    7TH FLOOR #703
    **Bankruptcy Judge:** REDFIELD T. BAUM
    **Courtroom Clerk:** LUANN BELLER
    **Reporter / ECR:** JUANITA PIERSON-WILLIAMS

### Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK
    **R / M #:** 68 / 0

### Appearances:

DEAN WILLIAM O'CONNOR, ATTORNEY FOR SHAROLYN MANCHESTER, WILLIAM TROY VICKREY
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO

### Proceedings:

Mr. McDonald asked that stay relief be granted as the debtors are more than $200,000 under water.

Mr. O'Connor stated that he believes the property is worth what the debt is. He also informed the Court that the debtors are in the process of a loan modification.

COURT: IT IS ORDERED GRANTING THE MOTION ON THE CONDITION THAT BEFORE THE STAY IS LIVED THE MOVANT LODGE A STATEMENT WITH THE COURT AND SERVE A COPY ON THE DEBTOR THAT THE LOAN MODIFICATION PROCESS HAS CONCLUDED AND THE LENDER IS UNWILLING TO MAKE THE MODIFICATION.