**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

**SO ORDERED.**

Dated: January 04, 2010



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19409/0149837619

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>William Troy Vickrey and Sharolyn Manchester<br>        Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>  vs.<br><br>William Troy Vickrey and Sharolyn Manchester, Debtors; Diane M. Mann, Trustee.<br><br>        Respondents. | No. 2:08-bk-01168-RTB<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 68) |

    This matter having come before the Court for a Preliminary Hearing on September 30, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Dean W. O'Connor, P.C., and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated February 22, 2006, in the office of the Maricopa

County Recorder at  wherein Wells Fargo Bank, N.A. is the current beneficiary and William Troy Vickrey and Sharolyn Manchester have an interest in, further described as:

The South 340.03 feet of the West 150.01 feet of the West half of the West half of the Southeast quarter of the Northeast quarter of Section 15, Township 3 North, Range 2 East of the Gila and Salt River Base and Meridian, Maricopa County Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT