Fee
Pd.

20

Motion to reopen bankruptcy Case No. : 2:08BK-01168-RTB

Petition for the court and pay the fee to reopen the bankruptcy Case No. : 2:08BK-01168-RTB for a length of time in order to address the following issues: Submit the financial management course, amend the list of creditors and ask for an emergency hearing.

At this time, I have requested a copy from the court clerks of what was submitted by council so I may add the creditors not listed in order to properly submit them and close this bankruptcy.

Attached is the form to request an emergency hearing addressing violations occurring within the bankruptcy and without the courts knowledge.

Presented by:
Sharolyn Manchester
with supporting documents

FILED 2010 APR 13 PM 3:40
CLERK U.S. BANKRUPTCY DISTRICT OF ARIZONA

04/13/2010

Pro Se
William Troy Vickrey and Sharolyn Manchester

United States Bankruptcy Court for the District of Arizona

William Troy Vickrey and

Sharolyn Manchester,

      Plaintiff,

  vs.

Tiffany and Bosco, P.A.

Michael Bosco,

Wells Fargo Financial Services

      Defendant

) Case No.: 2:08BK-01168-RTB
) Chapter 7
)
) Request for Emergency Hearing

Dated this April 12, 2010

_____

William Troy Vickrey
Sharolyn Manchester
3650 W. Sweetwater Ave.
Phoenix, AZ 85029

Teresa J. Williams, Wells Fargo representative, on December 2009 knowingly testified in a sworn affidavit to this court misrepresenting her company, Wells Fargo's position in the loan modification process of Troy Vickrey and Sharolyn Manchester. Plaintiffs hold time-dated paperwork from Wells Fargo showing it was a willful false affidavit since they were already in loan modification negotiations. Plaintiffs were in negotiations with Wells Fargo for a loan modification during and after the date Ms. Williams swears to in the affidavit of July 14, 2009. Wells Fargo mailed a loan modification packet to plaintiffs on June 25, 2009, the forms and instruction sheet show a return time of thirty days until July 25, 2009, eleven days after the date Ms. Williams stated Wells Fargo denied the loan modification.

The Wells Fargo packet stated that all forms were due by July 25th. The Plaintiffs mailed all materials to Wells Fargo on July 23 from a Phoenix post office. Plaintiffs are in possession of the original envelope with the U.S. Postage Metered Stamp on the Wells Fargo packet, including the return mailing receipt and copy receipt. Sharolyn Manchester was in contact with Wells Fargo at the time and Wells Fargo did not deny that the packet was received at that time.

Wells Fargo never notified the Plaintiffs they are not being considered for the loan modification. Subsequently, Ms. Williams stated the loan modification denial was on July 14, 2009 because of a missing form even before the Plaintiffs had the opportunity to respond with the forms.

When Sharolyn Manchester called Wells Fargo in August 2009 after not receiving any correspondence, she was told to be patient that Wells Fargo was backed up and to call again the next week, if there was no correspondence. She called continuously with no response.

In September 8, 2009, Sharolyn Manchester attended a Wells Fargo Foreclosure Summit in Phoenix and spoke with AVP Housing Vice President, Karen M. Stinzianoe, about her situation for the loan modification.

Four times, Tiffany and Bosco, P.A. representing Wells Fargo, created a willful Lift of Stay without first securing the approval from this Bankruptcy Court. And four times, the Plaintiff's home was placed for Trustee's Sale on January 20, 2009; June 11, 2009; September 10, 2009; and January 20, 2010. Each time, this court was not made aware that this had happened.
Tiffany and Bosco, P.A. representing Wells Fargo and Ms. Williams, Account Representative of Wells Fargo, with whom the Plaintiffs have never spoken, submitted a false affidavit to this court that the denial for the loan modification occurred July 14,

2009. This information was never conveyed in any form to the Plaintiffs since they were actively working with Wells Fargo on the negotiation.

Tiffany and Bosco, P.A. provided a witness from Wells Fargo Bank, Ms. Williams who filed an affidavit that the loan modification had been denied before the actual date when the application was to even be returned to another Wells Fargo Department. Ms. Williams, who had not previous been involved with the Plaintiffs' case nor any previous dealings with the Plaintiffs, testified to the misinformation about the loan process involving the Plaintiffs. The Wells Fargo Account Representative, Ms. Williams, submitted information that contradicted the good faith work of Troy Vickrey and Sharolyn Manchester to negotiate their loan modification on their home. On December 14, 2009, the misinformation was submitted to the courts by Tiffany and Bosco for Ms. Williams about the denial for a loan modification on July 11, 2009. It was not conveyed to the Plaintiffs by the Wells Fargo Bank. The Plaintiffs were in complete compliance with the instructions from Wells Fargo to submit the correct paperwork in the appropriate time frame and had no reason to suspect otherwise. The required paperwork with the correct forms was appropriately forwarded to the Well Fargo Bank by the July 23 date in response to the required July 25th postage date for processing the requested loan modification.

Now it appears that Tiffany and Bosco, P.A., represented by Michael Bosco, partner, was moving ahead on the foreclosure notification prematurely and without complete notification of all parties, including this court.

Furthermore, Tiffany and Bosco, P.A. have four times posted foreclosure notices on the Plaintiff's fence and filed foreclosure papers that appear to be in violation of Bankruptcy Code, s362, as a Willful Violation of the Automatic Stay code.

Wells Fargo and Tiffany and Bosco, P.A., were aware that the Plaintiffs were in bankruptcy. Mr. Dean O'Connor of O'Connor and Kanugh, attorney for the Plaintiff, was sent documents showing that the Lift of Stay was not filed by Mr. Bosco. Mr. O'Connor would not take action against Tiffany and Bosco, P.A., because of 'Professional Courtesy' against another law firm. Mr. O'Connor also told the Plaintiffs not to bother attending the Lift of Stay Hearing because we would lose. The Plaintiffs did appear before court because Mr. O'Connor refused to notify the court that a third Willful Lift of Stay had occurred.

The Plaintiffs have been compliant with the actions of the Court and Wells Fargo Bank to remedy this situation but against great odds. Bank participants in this process have misrepresented the Bankruptcy Code placing the Plaintiffs in additional jeopardy by providing contradictory affidavits to the existing evidence in the papers held by the Plaintiffs.

Plaintiffs respectfully request an Emergency Hearing with the court in this matter and for the court to examine the issues stated and documents attached
.

List the Document attached:
1. Trustee sale January 20, 2009
2. Trustee sale June 11, 2009
3. Trustee sale January 20, 2010
4. Teressa J. Williams sworn affidavit Dec 14, 2009

Request Emergency Hearing for incorrect affidavit about Wells Fargo loan modification negotiation by Teresa J. Williams, sworn under oath on December 14th 2009.

Request hearing on the willful lift of stay by Tiffany and Bosco and Wells Fargo.

1  Copy of the foregoing mailed
2  ___April 13, 2010___, to:
3
4  Tiffany & Bosco, P.A.
5  Michael A. Bosco, Jr.
6  2525 East Camelback Road, Suite 300
7  Phoenix, Arizona 85016
8
9  Diane Mann
10 29834 N. Cave Creek Road, #118-274
11 Cave Creek, Arizona 85331
12
13 AZ Department of Revenue
14 Bankruptcy Unit-TCS
15 1600 W. Monroe #710
16 Phoenix, AZ 85007
17
18 Internal Revenue Service
19 Special Procedures MS $5014 PX
20 210 E. Earll Drive
21 Phoenix, Arizona 85012
22
23 By: Sharolyn Manchester
24
25
26
27
28
29
30
31
32

WHEN RECORDED MAIL TO:

TIFFANY & BOSCO, P.A.
Michael A. Bosco, Jr.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

**RECORDED**

**JAN 2 0 2009**

0149837619/0149837619
Title No: 2900077
FHA/VA No.:

## NOTICE OF TRUSTEE'S SALE
File ID. #09-40043 Manchester

Notice is hereby given that **Michael A. Bosco, Jr., Attorney at Law**, as trustee (or successor trustee, or substituted trustee), pursuant to the Deed of Trust which had an original balance of **$432,000.00** executed by **Sharolyn B. Manchester and William Troy Vickery, 3650 West Sweetwater Avenue, Phoenix, AZ 85029**, dated **February 22, 2006** and recorded **February 27, 2006**, as Instrument No./Docket-Page **2006-0259597** of Official Records in the office of the County Recorder of **Maricopa** County, State of Arizona, will sell the real property described herein by public auction on **April 21, 2009 at 10:00 A.M. at the office of Michael A. Bosco, Jr., Third Floor Camelback Esplanade II, 2525 East Camelback Road, in the City of Phoenix, County of Maricopa, State of Arizona,** , to the highest bidder for cash (in the forms which are lawful tender in the United States and acceptable to the Trustee, payable in accordance with ARS 33-811A), all right, title, and interest conveyed to and now held by it under said Deed of Trust, in the property situated in said County and State and more fully described as:

The South 340.03 feet of the West 150.01 feet of the West half of the West half of the Southeast quarter of the Northeast quarter of Section 15, Township 3 North, Range 2 East of the Gila and Salt River Base and Meridian, Maricopa County Arizona.

The street address/location of the real property described above is purported to be:

  3650 W. Sweetwater Ave.
  Phoenix, AZ  85029
  Tax Parcel No.: 149-25-002C

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

*(Notice of Sale continued following page ........)*

04/13/2010

WHEN RECORDED MAIL TO:

Tiffany & Bosco, P.A.
Michael A. Bosco, Jr.
2525 E. Camelback Rd.
Ste. 300
Phoenix, AZ 85016

RECORDED
JAN 2 0 2009

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE
09-40043 Manchester

WHEREAS, **Sharolyn B. Manchester and William Troy Vickery** was the original Trustor(s), **First American Title Insurance Company** was the original Trustee and **Wells Fargo Bank, N.A.** was the original Beneficiary under that certain Deed of Trust dated **02/22/06** and recorded on **02/27/06** as Recording No./Book-Page 2006-0259597, of Official Records of Maricopa County, State of Arizona and described as:

The South 340.03 feet of the West 150.01 feet of the West half of the West half of the Southeast quarter of the Northeast quarter of Section 15, Township 3 North, Range 2 East of the Gila and Salt River Base and Meridian, Maricopa County Arizona.

WHEREAS, the undersigned present beneficiary under the said Deed of Trust hereby appoints **Michael A. Bosco, Jr., whose address is 2525 East Camelback Road, Suite 300, Phoenix, Arizona 85016**, as **Successor Trustee** under said Deed of Trust, and is qualified to act as Successor Trustee per ARS Section 33-803 (A)2, as a member of the Arizona State Bar.

Citibank, N.A., as Trustee for Bear Stearns Asset-Backed Securities 2007-2 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.

By: Mark S. Bosco, Attorney at Law
By Limited Power of Attorney

State of Arizona)

County of Maricopa)

This instrument was acknowledged on January 20, 2009, before me the undersigned, Notary Public, by Mark S. Bosco, Attorney at Law by Limited Power of Attorney for the above corporation and that he executed the within instrument in behalf of said corporation as Beneficiary and being authorized so to executed.

Notary Public          Exp. date

OFFICIAL SEAL
ANN ARMSTRONG
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan 15, 2010

04/13/2010

The beneficiary under the aforementioned Deed of Trust has accelerated the Note secured thereby and has declared the entire unpaid principal balance, as well as any and all other amounts due in connection with said Note and/or Deed of Trust, immediately due and payable.

Said sale will be made in an "as is" condition, but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to satisfy the indebtedness secured by said Deed of Trust, advances thereunder, with interest as provided therein, and the unpaid principal balance of the Note secured by said Deed of Trust with interest thereon as proved in said Note, plus fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

Current Beneficiary:
    Citibank, N.A., as Trustee for Bear Stearns Asset-Backed Securities 2007-2
Care of / Servicer
    Wells Fargo Home Mortgage Inc
    Attn: F/C Dept.
    3476 Stateview Boulevard
    Fort Mill, SC 29715

Current Trustee:
Michael A. Bosco, Jr.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
(602) 255-6000

Dated : January 20, 2009

Michael A. Bosco, Jr., Attorney at Law
Trustee/Successor Trustee, is qualified per
ARS Section 33-803 (A)2 as a member of
The Arizona State Bar

STATE OF ARIZONA)
                  ) ss.
County of Maricopa  )

This instrument was acknowledged before me on 01/20/09, by MICHAEL A. BOSCO, JR., Attorney at Law, as Trustee/Successor Trustee.

My Commission Expires:

OFFICIAL SEAL
ANN ARMSTRONG
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 15, 2010

Ann Armstrong, Notary Public
Commission expiration is 1/15/2010 12:00:00 AM

NOTICE: This proceeding is an effort collect a debt on behalf of the beneficiary under the referenced Deed of Trust. Any information obtained will be used for that purpose. Unless the loan is reinstated, this Trustee's Sale proceedings will result in foreclosure of the subject property.

## "EXHIBIT A"

### STATEMENT OF BREACH OR NON-PERFORMANCE
### FILE NO: 09-40043 Manchester

A breach or non-performance of the Deed of Trust referred to in the attached Notice of Trustee's Sale (which Deed of Trust is dated **02/22/06** and recorded at Recorder's Number/Docket-Page **2006-0259597**, in the office of the **Maricopa** County Recorder) or of the promissory note/contract secured thereby, or both, has occurred by reason of the following:

    Failure to make the monthly payments of $3,745.74 each, from 10-01-08 and all subsequent installments

    PLUS ALL ACCRUING PAYMENTS, LATE CHARGES, ADVANCES, TAXES, RENTS, PAYMENTS ONPRIOR LIENS, FEES, COSTS, INTEREST, EXPENSES, AND ANY OTHER DEFAULT THAT MAY OCCUR, ETC.

The Beneficiary under said Deed of Trust has accelerated the Note secured thereby and has declared the entire unpaid principal balance, as well as any and all other amounts due in connection with said Note/Deed of Trust, immediately due and payable. The beneficiary has elected to sell, or cause to be sold, the property described in the Notice of Trustee's Sale.

All persons whose interest in the trust property is subordinate in priority to that of the above-mentioned Deed of Trust are hereby advised that their INTEREST MAY BE TERMINATED BY THE TRUSTEE'S SALE.

                                                  Citibank, N.A., as Trustee for Bear Stearns Asset-Backed Securities 2007-2 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.

                                                  By: Mark S. Bosco, Attorney at Law
                                                  By Limited Power of Attorney

Loan No.: 0149837619

---

State of Arizona)

County of Maricopa)

This instrument was acknowledged on January 20, 2009, before me the undersigned, Notary Public, by Mark S. Bosco, Attorney at Law by Limited Power of Attorney for the above corporation and that he executed the within instrument in behalf of said corporation as Beneficiary and being authorized so to executed.

                            Notary Public                             Exp. date

OFFICIAL SEAL
ANN ARMSTRONG
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 15, 2010

04/13/2010

WHEN RECORDED MAIL TO:

**TIFFANY & BOSCO, P.A.**
Michael A. Bosco, Jr.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

RECORDED
JUN 11 2009

0149837619/Conv
Title No: 2900077
FHA/VA No.:

## NOTICE OF TRUSTEE'S SALE
File ID. #09-40043 Manchester

Notice is hereby given that **Michael A. Bosco, Jr., Attorney at Law,** as trustee (or successor trustee, or substituted trustee), pursuant to the Deed of Trust which had an original balance of **$432,000.00** executed by **Sharolyn B. Manchester and William Troy Vickery, 3650 West Sweetwater Avenue, Phoenix, AZ 85029,** dated **February 22, 2006** and recorded on **02/27/06** as Recording No./Book-Page **2006-0259597** of Official Records in the office of the County Recorder of **Maricopa** County, State of Arizona, will sell the real property described herein by public auction on **September 10, 2009 at 10:00 A.M. at the office of Michael A. Bosco, Jr., Third Floor Camelback Esplanade II, 2525 East Camelback Road, in the City of Phoenix, County of Maricopa, State of Arizona,** , to the highest bidder for cash (in the forms which are lawful tender in the United States and acceptable to the Trustee, payable in accordance with ARS 33-811A), all right, title, and interest conveyed to and now held by it under said Deed of Trust, in the property situated in said County and State and more fully described as:

The South 340.03 feet of the West 150.01 feet of the West half of the West half of the Southeast quarter of the Northeast quarter of Section 15, Township 3 North, Range 2 East of the Gila and Salt River Base and Meridian, Maricopa County Arizona.

The street address/location of the real property described above is purported to be:

    **3650 W. Sweetwater Ave.**
    **Phoenix, AZ 85029**
    **Tax Parcel No.: 149-25-002C**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

*(Notice of Sale continued following page ..........)*

04/13/2010

The beneficiary under the aforementioned Deed of Trust has accelerated the Note secured thereby and has declared the entire unpaid principal balance, as well as any and all other amounts due in connection with said Note and/or Deed of Trust, immediately due and payable.

Said sale will be made in an "as is" condition, but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to satisfy the indebtedness secured by said Deed of Trust, advances thereunder, with interest as provided therein, and the unpaid principal balance of the Note secured by said Deed of Trust with interest thereon as proved in said Note, plus fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

Current Beneficiary:
    Citibank, N.A., as Trustee for Bear Stearns Asset-Backed Securities 2007-2
Care of / Servicer
    Wells Fargo Home Mortgage Inc
    3476 Stateview Boulevard, MAC #X7801-014
    Fort Mill, SC 29715

Current Trustee:
Michael A. Bosco, Jr.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
(602) 255-6035

Dated: June 11, 2009

Michael A. Bosco, Jr., Attorney at Law
Trustee/Successor Trustee, is qualified per
ARS Section 33-803 (A)2 as a member of
The Arizona State Bar

STATE OF ARIZONA )
                    ) ss.
County of Maricopa )

This instrument was acknowledged before me on 06/11/09, by MICHAEL A. BOSCO, JR., Attorney at Law, as Trustee/Successor Trustee.

My Commission Expires:

OFFICIAL SEAL
PAULA GRUNTMEIR
NOTARY PUBLIC State of Arizona
MARICOPA COUNTY
My Comm. Expires Oct. 23, 2011

Paula Gruntmeir, Notary Public
Commission expiration is 10/23/2011 12:00:00 AM

NOTICE: This proceeding is an effort collect a debt on behalf of the beneficiary under the referenced Deed of Trust. Any information obtained will be used for that purpose. Unless the loan is reinstated, this Trustee's Sale proceedings will result in foreclosure of the subject property.

NOTICE: If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney.

Michael A. Bosco, Jr.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

RECORDED

JAN 2 0 2010

0149837619/Conv
Title No: 2900077
FHA/VA No.:

## NOTICE OF TRUSTEE'S SALE
### File ID. #09-40043 Manchester

Notice is hereby given that **Michael A. Bosco, Jr., Attorney at Law**, as trustee (or successor trustee, or substituted trustee), pursuant to the Deed of Trust which had an original balance of **$432,000.00** executed by **Sharolyn B. Manchester and William Troy Vickery, 3650 West Sweetwater Avenue, Phoenix, AZ 85029**, dated **February 22, 2006** and recorded on **02/27/06** as Recording No./Book-Page **2006-0259597** of Official Records in the office of the County Recorder of **Maricopa** County, State of Arizona, will sell the real property described herein by public auction on **April 21, 2010 at 10:00 A.M. at the office of Michael A. Bosco, Jr., 7720 North 16th Street, Suite 300, in the City of Phoenix, County of Maricopa, State of Arizona,**, to the highest bidder for cash (in the forms which are lawful tender in the United States and acceptable to the Trustee, payable in accordance with ARS 33-811A), all right, title, and interest conveyed to and now held by it under said Deed of Trust, in the property situated in said County and State and more fully described as:

See Attachment "A"

The street address/location of the real property described above is purported to be:

3650 W. Sweetwater Ave.
Phoenix, AZ 85029
Tax Parcel No.: 149-25-002C

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

The beneficiary under the aforementioned Deed of Trust has accelerated the Note secured thereby and has declared the entire unpaid principal balance, as well as any and all other amounts due in connection with said Note and/or Deed of Trust, immediately due and payable.

*(Notice is continued following page ………)*

04/13/2010

Said sale will be made in an "as is" condition, but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to satisfy the indebtedness secured by said Deed of Trust, advances thereunder, with interest as provided therein, and the unpaid principal balance of the Note secured by said Deed of Trust with interest thereon as proved in said Note, plus fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

Current Beneficiary:
    Citibank, N.A., as Trustee for Bear Stearns Asset-Backed Securities 2007-2

Care of / Servicer
    Wells Fargo Home Mortgage Inc
    3476 Stateview Boulevard, MAC #X7801-014
    Fort Mill, SC 29715

Current Trustee:
Michael A. Bosco, Jr.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
(602) 255-6035

Dated: January 20, 2010

**Michael A. Bosco, Jr.**
Digitally signed by Michael A. Bosco, Jr.
DN: c=US o=Tiffany & Bosco P.A. ou=Tiffany & Bosco, P.A., email=
Date: 2010.01.20 11.03.56 -07:00

Michael A. Bosco, Jr., Attorney at Law
Trustee/Successor Trustee, is qualified per ARS Section 33-803 (A)2 as a member of The Arizona State Bar

STATE OF ARIZONA)
                   ) ss.
County of Maricopa  )

The foregoing instrument was acknowledged before me this 20th day of January, 2010, by Michael A. Bosco, Jr., Attorney at Law, as Trustee.

OFFICIAL SEAL
PAULA GRUNTMEIR
NOTARY PUBLIC State of Arizona
MARICOPA COUNTY
My Comm. Expires Oct. 23, 2011

Digitally signed by Paula Gruntmeir
DN: c=US o=Tiffany & Bosco P.A. ou=10/23/11, email=
Date: 2010.01.20 11.03.56 -07:00

Notary Public for the said County and State
My Commission Expires: October 23rd, 2011

NOTICE: This proceeding is an effort collect a debt on behalf of the beneficiary under the referenced Deed of Trust. Any information obtained will be used for that purpose. Unless the loan is reinstated, this Trustee's Sale proceedings will result in foreclosure of the subject property.

NOTICE: If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney.

*Attachment "A" of Notice of Trustee's Sale*
*File ID: 09-40043 Manchester*

Legal Description:

The South 340.03 feet of the West 150.01 feet of the West half of the West half of the Southeast quarter of the Northeast quarter of Section 15, Township 3 North, Range 2 East of the Gila and Salt River Base and Meridian, Maricopa County Arizona.

04/13/2010

TIFFANY & BOSCO
—— P.A. ——
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19409/0149837619

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>William Troy Vickrey and Sharolyn Manchester<br><br>Debtor.<br><br>Wells Fargo Bank, N.A.<br><br>    Movant,<br>vs.<br><br>William Troy Vickrey and Sharolyn Manchester, Debtors; Diane Mann, Trustee.<br><br>    Respondents. | No. 2:08-bk-01168-RTB<br><br>Chapter 7<br><br>AFFIDAVIT OF MOVANT<br>RE: LOAN MODIFICATION DECISION |

    COMES NOW __Teressa J. Williams__, of lawful age, being duly sworn upon oath and deposes and says the following:

    1.    I make this Declaration of my own personal knowledge regarding matters to which I would be competent to testify under oath.

04/13/2010

       Assistant Secretary
2. I am a_____for Wells Fargo Bank, N.A., In such capacity, I have knowledge concerning the matters testified to herein.
       Assistant Secretary
3. As a _____ for Wells Fargo Bank, N.A., I have knowledge regarding accounts including the amount of the debt secured by the Deed of Trust executed by William Troy Vickrey and Sharolyn Manchester on February 22, 2006. All entries into the records are made from regular and appropriate sources on or about the time of the events they describe, and it is the regular practice to make and keep such records.

4. Loan No. 0149837619 was under review for potential Loan Modification. The Loan Modification was denied on July 14, 2009 for due to no consent received allowing further communication with debtor for potential work-out option during the active bankruptcy.

5. The foregoing is true and correct of my personal knowledge, based upon the records concerning Movant's Loan No. 0149837619.

Further Declarant sayeth naught.

BY: _Teressa J. Williams_

SUBSCRIBED AND SWORN to before me this 14 day of Dec_____, 2009.

_____
Notary Public



OFFICIAL SEAL
Notary Public
State of South Carolina
PENNY S. McCRAVEN
My Commission Expires Dec. 14, 2014

Copy of the foregoing mailed
December 17, 2009, to:

William Troy Vickrey and Sharolyn Manchester
3650 W. Sweetwater Ave.
Phoenix, AZ 85029
Debtors

Dean W. O'Connor
1430 E. Missouri Ave. Suite B-125
Phoenix, AZ 85014
Attorney for Debtors

Diane Mann
29834 N. Cave Creek Rd.,
#118-274 Cave Creek, AZ 85331
Trustee

AZ Department of Revenue
Bankruptcy Unit-TCS
1600 W. Monroe #710
Phoenix, AZ 85007

Internal Revenue Service
Special Procedures MS $5014 PX
210 E Earll Drive
Phoenix, AZ 85012

By: _____

**Other:**

2:08-bk-01168-RTB WILLIAM TROY VICKREY and SHAROLYN MANCHESTER
Type: bk                    Chapter: 7 v              Office: 2 (Phoenix)
Assets: y                   Judge: RTB

## U.S. Bankruptcy Court

### District of Arizona

Notice of Electronic Filing

The following transaction was received from MARK 4 BOSCO entered on 12/17/2009 at 9:04 AM AZ and filed on 12/17/2009
**Case Name:**     WILLIAM TROY VICKREY and SHAROLYN MANCHESTER
**Case Number:**   2:08-bk-01168-RTB
**Document Number:** 79

**Docket Text:**
Affidavit *of Movant re Loan Modification Decision* filed by MARK 4 BOSCO of TIFFANY & BOSCO, P.A. on behalf of Wells Fargo Bank NA. (related document(s)[68] Motion for Relief from Stay (150.00 fee)) (BOSCO, MARK)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\09-AZ\09-19409_Aff of Movant.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=12/17/2009] [FileNumber=16126005-0] [3e649bfcc1af2014e07d1a0e159bb64ffb9d4bd35718f868413345799ae25adcb3 709b8d4d211eb7810f569b7b0c28efc82b2f375e6036798b670ae71fd0fc0f]]

**2:08-bk-01168-RTB Notice will be electronically mailed to:**

DINA L. ANDERSON on behalf of Trustee DIANE MANN
danderson@gamlaw.com, rjoseph@gamlaw.com

HILARY B. BONIAL on behalf of Creditor Wells Fargo Bank NA
notice@bkcylaw.com

MARK 1 BOSCO on behalf of Creditor Wells Fargo Bank NA
ecf@tblaw.com

MARK 4 BOSCO on behalf of Creditor Wells Fargo Bank NA
ecf@tblaw.com

MARK 6 BOSCO on behalf of Creditor Wells Fargo Bank NA

ecf@tblaw.com

DIANE M. MANN
dmm1126@aol.com;dmmann@ecf.epiqsystems.com

DEAN WILLIAM O'CONNOR on behalf of Debtor WILLIAM VICKREY
dean@sd-law.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV